United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN J.H. DOE, et al.,

Plaintiff(s),

v.

COUNTY OF LAKE,

Defendant(s).

Case No. 1:26-cv-02878-RMI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick Lannen, an active member in good standing of the bar of The Supreme Court of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jordan M. Jones, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 344487.

280 W. Maple Rd., Ste. 230, Birmingham, MI 48009
MY ADDRESS OF RECORD

360 E. 2nd St., Ste. 820, Los Angeles, CA 90012
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-223-6640
MY TELEPHONE # OF RECORD

213-816-1972
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Patrick@StinarLannenLaw.com
MY EMAIL ADDRESS OF RECORD

JJones@TruckLawyers.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 73031.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/16/2026

Patrick Lannen
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick Lannen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 21, 2026

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Elizabeth Kingston-Miller, Clerk of the Michigan Supreme Court and
Custodian of the Roll of Attorneys admitted to the practice of law in this
state, do hereby certify that, as appears from the records,

*Patrick Lannen*

was admitted to the practice of law in the courts of the State of Michigan on

*November 4, 2009*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: February 27, 2026

_____

Clerk

